FILE COPY

01-14-00524-CV

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

**NO. 15-0517**

| | | |
|---|---|---|
| **DAVID GRUPA** | § | |
| **v.** | § | |
| **LILLIE D. BASSET, STANLEY E.** | § | **Grimes County,** |
| **DICKSON, CAROLYN SPILLER,** | § | |
| **CLIFFORD DICKSON, AND** | § | **1st District.** |
| **JANICE CRADDOCK** | § | |

**October 16, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, DAVID GRUPA, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 30th day of November, 2015.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk